Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MELANIE R. WIKSTROM,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner<br>of the Social Security Administration,<br><br>    Defendant. | C10-1996-JCC<br><br>**ORDER** |

This matter comes before the Court upon the report and recommendation of the Honorable James P. Donohue, United States Magistrate Judge. (Dkt. No. 23). No party has objected to the report and recommendation. Having reviewed the relevant record, the Court hereby ADOPTS the report and recommendation. The Court therefore REVERSES the final decision of the Commissioner of the Social Security Administration and REMANDS this matter to the Social Security Administration for further proceedings consistent with the report and recommendation.

//

ORDER, C10-1996-JCC
Page 1

1 //

SO ORDERED this 14th day of June, 2011.

*/s/ John C. Coughenour*
JOHN C. COUGHENOUR
United States District Judge

ORDER, C10-1996-JCC
Page 2